UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID R. PETE,<br>Plaintiff,<br>v.<br>PROSPER MARKETPLACE AND ALL AFFILIATES,<br>Defendant. | Case No. 26-cv-02493-SK<br>**SUA SPONTE ORDER OF REFERRAL** |

Pursuant to Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Judge Charles R. Breyer to determine whether it is related to *Butler v. Prosper Funding LLC, et al.*, Case No. 25-cv-9381-CRB

**IT IS SO ORDERED**.

Dated: October 5, 2026

SALLIE KIM
United States Magistrate Judge